UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN RYAN STEPHENS (#561901)** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-00154-JWD-EWD** |
| **MARCUS MYERS, ET AL.** | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 28, 2024 (Doc. 16), to which no objection was filed;

**IT IS ORDERED** that that the application (Docs. 1 and 5) are **DENIED,** since the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, filed by Petitioner John Ryan Stephens is untimely, and that this proceeding is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that, if Petitioner seeks to appeal in this case, a certificate of appealability shall be **DENIED**.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on December 3, 2024.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**